**Barbara CLARK, Plaintiff—Appellant,**

v.

**Carrie NEVANS, in her official capacity as Acting Director of California Division of Workers Compensation; et al., Defendants—Appellees.**

No. 08–15105.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 6, 2008.*

Filed Oct. 15, 2008.

Barbara Clark, Tehachapi, CA, pro se.

Michael R. Drayton, Department of Industrial Relations, Sacramento, CA, Michael C. Denison, Edmund J. Towle, III, Towle Denison Smith & Tavera, Los Angeles, CA, Susan Mchenry Hilton, Law Offices of Susan M. Hilton, Playa Del Rey, CA, for Defendants–Appellees.

Before: WARDLAW, W. FLETCHER and RAWLINSON, Circuit Judges.

MEMORANDUM **

Appellant Barbara Clark appeals the district court's January 8, 2008 order denying her motion for reconsideration of the district court's prior order declaring appellant a vexatious litigant.

We review the district court's denial of appellant's motion for an abuse of discre-

tion. *See, e.g., Zimmerman v. City of Oakland,* 255 F.3d 734, 740–41 (9th Cir. 2001).

A review of the record, the responses to this court's July 16, 2008 order to show cause, and the opening and answering briefs indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's January 8, 2008 order, 2008 WL 109442.

All pending motions are denied as moot.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.